SQUIRE PATTON BOGGS (US) LLP
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
Shiqi W. Borjigin (State Bar # 317147)
sara.borjigin@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Daniel L. Delnero (*pro hac vice*)
daniel.delnero@squirepb.com
1230 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: +1 678 272 3230
Facsimile: +1 678 272 3211

Meghan A. Quinn (*pro hac vice*)
meghan.quinn@squirepb.com
Christina M. Lamoureux (*pro hac vice*)
christina.lamoureux@squirepb.com
2550 M Street NW
Washington, DC 20037
Telephone: +1 202 457 6000
Facsimile: +1 202 457 6315

Attorneys for Defendant
LoanDepot.com, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM LLC, and | Case No. 8:20-cv-00919-DOC-(JDEx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** [107] |

| | |
|---|---|
| ASCENDANT MARKETING, LLC<br><br>　　　　　　Defendants.<br><br>_____<br><br>LOANDEPOT.COM, LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>PMG MEDIA SOLUTIONS, LLC<br><br>　　　　　Third-Party Defendant. | Judge: David O. Carter<br><br>Action filed: May 19, 2020 |

　　The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to a dismissal of the above-captioned case **in its entirety**, as follows:

　　As to the claims of the First Amended Complaint of Plaintiff Kenneth Johansen [ECF No. 32], those claims are dismissed, with prejudice as to Mr. Johansen and without prejudice as to the class, with the parties bearing their own fees and costs.

　　As to loanDepot.com, LLC's Third Party Complaint against PMG Media Solutions, LLC [ECF No. 82], the Complaint is dismissed without prejudice and with the parties bearing their own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2021 | Respectfully submitted, |
| 2 | | /s/ Anthony I. Paronich |
| 3 | | Anthony I. Paronich |
|   | | Paronich Law, P.C. |
| 4 | | 350 Lincoln Street, Suite 2400 |
| 5 | | Hingham, MA 02043 |
|   | | Telephone: (508) 221-1510 |
| 6 | | anthony@paronichlaw.com |
| 7 | | |
| 8 | | Rachel E. Kaufman (State Bar No. 259353) |
|   | | KAUFMAN P.A. |
| 9 | | 400 NW 26th Street |
| 10 | | Miami, FL 33127 |
|   | | Telephone: (305) 469-5881 |
| 11 | | rachel@kaufmanpa.com |
| 12 | | *Counsel for Plaintiff and the Putative Class* |
| 13 | | /s/ Eric J. Troutman |
| 14 | | Eric J. Troutman (State Bar # 229263) |
|   | | Shiqi W. Borjigin (State Bar # 317147) |
| 15 | | SQUIRE PATTON BOGGS (US) LLP |
| 16 | | 555 South Flower Street, 31st Floor |
|   | | Los Angeles, California  90071 |
| 17 | | Telephone: +1 213 624 2500 |
| 18 | | Facsimile: +1 213 623 4581 |
|   | | eric.troutman@squirepb.com |
| 19 | | sara.borjigin@squirepb.com |
| 20 | | |
| 21 | | Daniel L. Delnero (*pro hac vice*) |
|   | | SQUIRE PATTON BOGGS (US) LLP |
| 22 | | 1230 Peachtree St NE, Suite 1700 |
| 23 | | Atlanta, Georgia 30309 |
|   | | Telephone: +1 678 272 3230 |
| 24 | | Facsimile: +1 678 272 3211 |
| 25 | | daniel.delnero@squirepb.com |
| 26 | | Meghan A. Quinn (*pro hac vice*) |
|   | | Christina M. Lamoureux (*pro hac vice*) |
| 27 | | SQUIRE PATTON BOGGS (US) LLP |
| 28 | | 2550 M Street NW |

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

3

ORDER GRANTING JOINT
STIPULATION OF DISMISSAL
*Case No. 8:20-CV-00919-DOC-JDE*

Washington, DC 20037
Telephone: +1 202 457 6000
Facsimile: +1 202 457 6315
meghan.quinn@squirepb.com
christina.lamoureux@squirepb.com

*Counsel for Defendant and Third Party Plaintiff loanDepot.com, LLC*

<u>/s/ Jamey R. Campellone</u>
Sharon A. Urias (State Bar No. 180642)
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459

Jamey R. Campellone (*pro hac vice*)
GREENSPOON MARDER LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
jamey.campellone@gmlaw.com

*Counsel for Defendant Ascendant Marketing Group, LLC*

<u>/s/ Michael A. Thruman</u>
Michael A. Thurman (State Bar No. 123303)
THURMAN LEGAL
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel: (626) 399-6205
Fax: (626) 380-4880
michael@thurmanlegal.com

*Counsel for Third Party Defendant PMG Media Solutions, LLC*

**CERTIFICATE OF SERVICE**

I certify that on April 19, 2021, a copy of the foregoing was served by ECF to counsel of record.

_____/s/ Anthony I. Paronich_____
Anthony I. Paronich

IT IS SO ORDERED.

Date: April 20, 2021

_David O. Carter_
Hon. David O. Carter
U.S. District Judge